**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION**

SHERRY JONES, ET AL                                                                    PLAINTIFFS

VS.                                                        CIVIL ACTION NO. 3:07CV681-HTW-LRA

THE CITY OF JACKSON, MISSISSIPPI, ET AL                                    DEFENDANTS

**ORDER ADOPTING REPORT AND
RECOMMENDATIONS OF MAGISTRATE JUDGE**

This wage and hour action is before the court for consideration of the Report and Recommendations of the Magistrate Judge regarding approval of the above-named parties' settlement and dismissal of this action. On March 10, 2011, the Magistrate Judge filed a Report and Recommendation [docket no. 85] recommending that this court find the settlement between the parties to be a "fair and reasonable resolution of a bona fide dispute."

The Report and Recommendations instructed the parties that written objections to the findings and recommendations contained therein must be filed within fourteen (14) days from the date of filing in accordance with Title 28 U.S.C. § 636. This court, finding that there has been no submission of written objections by any party, hereby adopts said Report and Recommendation as the order of this court.

**SO ORDERED**, this the 26th day of May, 2011.

s/ **HENRY T. WINGATE
UNITED STATES DISTRICT JUDGE**